**Order entered February 7, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00619-CV

**LYNDON THOMPSON AND PAULA THOMPSON, Appellants**

**V.**

**WILMINGTON SAVINGS FUND SOCIET FSB AS OWNER TRUSTEE OF THE RESIDENTAL CREDIT OPPORTUNITIES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00129-B**

## ORDER

Before the Court is appellants' third motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 6, 2023. Because the brief was first due November 30, 2022, we caution that failure to file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    KEN MOLBERG
        JUSTICE